UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOSSIE Y. BARNES,

     Plaintiff,

                                  Case No. 1:24-cv-1271

v.

                                  Hon. Hala Y. Jarbou

FEDERAL INSURANCE COMPANY, et
al.,

     Defendants.

_____/

## ORDER

On September 24, 2025, Magistrate Judge Ray Kent issued a report and recommendation ("R&R") that the Court dismiss the case due to Plaintiff's failure to prosecute. (R&R, ECF No. 38.) No party has filed objections. The deadline for doing so has passed.

Upon review, the Court agrees with the magistrate judge's recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 38) is **APPROVED** and **ADOPTED** as the opinion of the Court.

The Court will enter a judgment consistent with this Order.

Dated: October 14, 2025                /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE